IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID CARMICHAEL,

    Plaintiff,

v.

WARDEN HOLINKA, J. PHEIFER,
PHILLIP SHANKS and JANIS CONE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-125-slc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____    _____4/30/10_____
    Peter Oppeneer, Clerk of Court                         Date